RICHARD LLOYD SHERMAN, ESQ (SBN 106597)
KEN NATHANSON, ESQ. (SBN 77556)
SHERMAN & NATHANSON
9454 WILSHIRE BOULEVARD, SUITE 820
BEVERLY HILLS, CALIFORNIA 90212
PHONE: (310) 246-0321 / FAX: (310) 246-0305

| Priority | ✓ |
|---|---|
| Send | |
| Enter | |
| Closed | |
| JS-5/JS-6 | |
| JS-2/JS-3 | |
| Scan Only | |

FILED
CLERK, U.S. DISTRICT COURT
OCT - 8 2003
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MINI COUPON CARDS, INC., et al.
                                     Plaintiff(s)

CASE NUMBER: SA CV 03-01040 JVS
CV 03-1627 DDP (RNBx) (RNBx)

v.

PEPPERS, INC., et al.
                                     Defendant(s)

**SUBSTITUTION OF ATTORNEY**

James Thompson
      *Name of Party*
      [X] Plaintiff   [ ] Defendant   [ ] Other _____

hereby substitutes SHERMAN & NATHANSON, RICHARD LLOYD SHERMAN who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   9454 Wilshire Boulevard, Suite 820
                                                                                          *Street Address*

Beverly Hills, CA 90212     (310) 246-0321     (310) 246-0305     106597
*City, State, Zip Code*     *Telephone Number*     *Facsimile Number*     *State Bar Number*

as attorney of record in the place and stead of James Thompson, Pro Per

                                                                                       *Present Attorney*

Dated: September 30, 2003                                             *[signature]*
                                                                                       *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: September 30, 2003                                             *[signature]*
                                                                      *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: September 30, 2003                                             *Richard S. [signature]*
                                                                      *Signature of New Attorney*

Substitution of Attorney is hereby   [✓] Approved.   [ ] Denied.

Dated: 10.8.03                                                         *[signature]*
                                                        United States District Judge / Magistrate Judge

NOTICE TO COUNSEL:   *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

ENTER ON ICMS
OCT 10 2003

SUBSTITUTION OF ATTORNEY

G-01 (08/02)

ORIGINAL LODGED

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss. |
| COUNTY OF LOS ANGELES | ) |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: SHERMAN & NATHANSON, 9454 WILSHIRE BOULEVARD, SUITE 820, BEVERLY HILLS, CALIFORNIA 90212.

On **October 3, 2003**, I served the foregoing documents: **SUBSTITUTION OF ATTORNEY**, upon the interested parties in this action in a sealed envelope addressed as follows:

| | |
|---|---|
| DENNIS PALMIERI, ESQ.<br>COUNSELOR AND ATTORNEY<br>28990 PACIFIC COAST HIGHWAY,<br>SUITE 110<br>MALIBU, CA 90265<br>Phone: (310) 457-7000<br>Fax:    (310) 457-7600<br>Attorney for Plaintiffs,<br>MINI COUPON CARDS, INC. and<br>JAMES THOMPSON | JOSEPH RICHARD BROWN, ESQ,<br>LAW OFFICES OF JOSEPH RICHARD BROWN<br>13808 VENTURA BLVD., 2ND FLOOR<br>SHERMAN OAKS, CA 91423<br>Phone: (818) 907-0880<br>Attorney for Defendants,<br>PEELERS, INC. and LOWELL BRITTAIN |

☞ **(By Mail [Federal])** I placed such envelope with postage thereon fully prepaid in the UNITED STATES POSTAL SERVICE at Beverly Hills, California.

☐ **(By Mail [State])** I am readily familiar with the practice for the collection and processing of correspondence for mailing with the UNITED STATES POSTAL SERVICE; such envelope will be deposited with the UNITED STATES POSTAL SERVICE on the above date according to ordinary business practices.

☐ **(Via Hand Delivery)** I caused such documents to be delivered to the addressee via Hand Delivery.

☞ **Executed on October 3, 2003, at Beverly Hills, California.**

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☞ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

_____
DORIS R. DOZIER